### 21778. COFER *v.* THE STATE.

LUKE, J. The bill of exceptions was certified by the judge on the 25th day of June, 1931, and was filed in the office of the clerk of the trial court on the 28th day of July, 1931. Under repeated rulings of the Supreme Court and of this court, the reviewing court has no jurisdiction of a case where the bill of exceptions was filed in the office of the clerk of the trial court more than fifteen days after its certification.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 10, 1931.

*Hugh E. Combs,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.